**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. STEVEN J. MASCARENAS, and
2. KATHY MASCARENAS,

  Defendants.

## MINUTE ORDER[1]

  By **November 16, 2011**, defendant, Steven J. Mascarenas, may file a response to the **Government's Motion For Psychiatric or Psychological Examination and Report and Hearing To Determine Mental Competency of Defendant Steven J. Mascarenas Pursuant To 18 U.S.C. § 4241** [#315][2] filed November 4, 2011. The court will hear this motion at the time of the continued hearing on November 18, 2011, at 8:15 a.m.

  Dated: November 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#315]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.