IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-CR-00221-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEVEN J. MASCARENAS,

      Defendant.

---

## MINUTE ORDER

---

| | |
|---|---|
| Pursuant to the directions of | Nancy Marble, Deputy Clerk |
| Magistrate Judge Michael J. Watanabe | November 18, 2011 |

---

     IT IS HEREBY ORDERED that this case is set for a Bond hearing on Tuesday, November 22, 2011 pursuant to request from Chambers. Bond hearing set for 11/22/11 at 10:00 am, before Magistrate Judge Watanabe, in Courtroom A502, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.