# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00221-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1. STEVEN J. MASCARENAS,**
2.  KATHY MASCARENAS, and
3.  KATRINA Y. ROBERTS,

      Defendants.

---

## ORDER GRANTING GOVERNMENT'S
## MOTION FOR REVOCATION OF BOND
## AND FOR DETENTION

---

**Blackburn, J.**

The matter is before me on that portion of the **Government's Motion For
Revocation of Release, Issuance of Arrest Warrant, and Order of Detention as to
Defendant Steven J. Mascarenas** [#345][1] filed November 28, 2011, which requests
that the bond of Mr. Mascarenas be revoked and that he be detained without bond.
Counsel for Mr. Mascarenas has confessed the relief requested, but without prejudice,
reserving the right to request bond on a sufficient showing of changed circumstances.
Having considered the relevant record, the motion, the response of counsel for the
defendant, and the applicable law, I conclude that the motion should be granted insofar
as it requests detention in lieu of bond.

---

[1] "[#345]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's electronic case filing and management system (CM/ECF). I use this
convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the portion of the **Government's Motion For Revocation of Release, Issuance of Arrest Warrant, and Order of Detention as to Defendant Steven J. Mascarenas** [#345] filed November 28, 2011, which requests that the bond of Mr. Mascarenas be revoked and that he be detained without bond, is **GRANTED**;

2. That the bond of the defendant, Steven J. Mascarenas, is **REVOKED** effective immediately;

3. That the defendant, Steven J. Mascarenas, is **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

4. That the defendant **SHALL BE AFFORDED** a reasonable opportunity to consult confidentially with his attorney; and

5. That this order is **SUBJECT** to the **Amended Order for Competency Examination and Determination** [#364] entered December 15, 2011.

Dated December 15, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge