IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. KATHY J. MASCARENAS,

    Defendant.

## MINUTE ORDER[1]

    On August 6, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

    **IT IS ORDERED** that on **October 26, 2012**, commencing at 2:30 p.m., the court shall conduct the sentencing hearing in this matter. The court reserving ninety (90) minutes for this hearing.

    Dated: August 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.