**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. KATRINA Y. ROBERTS,

    Defendant.

## ORDER DENYING MOTION TO RECONSIDER

**Blackburn, J.**

The matter before me is the **Motion To Reconsider Incarceration Due To BOP Service** [#485][1] filed September 28, 2012, by defendant Katrina Y. Roberts. Ms. Roberts requests that I reconsider her sentence to imprisonment. I deny the motion for lack of jurisdiction.

The chronology of relevant events is taken directly from the court's case management, electronic case filing system. I imposed sentence orally on July 27, 2012. A **Judgment in a Criminal Case** [#460] was entered July 31, 2012. No direct appeal was taken. Thus, I lack jurisdiction to reconsider the extant sentence.

**THEREFORE, IT IS ORDERED** that defendant's **Motion To Reconsider Incarceration Due To BOP Service** [#485] filed September 28, 2012, is **DENIED**.

Dated October 2, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge

---

[1] "[#485]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.